IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DANIEL BURGESS,

    Petitioner,                   No. CIV S-03-1196 GEB GGH P

    vs.

D.L. RUNNELS,

    Respondent.                ORDER

_____/

        This habeas matter, in which petitioner proceeded with appointed counsel, was stayed pending exhaustion. Order, filed on February 5, 2004. It has now been stayed for more than eight years. Petitioner's counsel must show cause within seven (7) days why the stay in this matter should not be lifted, and the petition dismissed.

        IT IS SO ORDERED.

DATED: April 19, 2012

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB
burg1196.osc

1