```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    CHRISTOPHER DANIEL BURGESS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DANIEL BURGESS,<br><br>          Petitioner,<br><br>     v.<br><br>D.L. RUNNELS, Warden,<br><br>          Respondent. | No. Civ. S 03-1196 GEB GGH<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING STATUS REPORT; ORDER** |

Pursuant to Local Rule 6-142, petitioner, CHRISTOPHER DANIEL BURGESS, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests a 45-day extension of time to file a status report.

On May 25, 2012, the Court is ordered the Federal Defender's Office to appoint new counsel to represent petitioner and provide a status report within 45 days describing how the case will proceed. Because of delays associated with the fact that the court file had been archived, the substitution of counsel order appointing Barry Morris as counsel for petitioner was not filed until July 6, 2012. Because Mr. Morris will soon be leaving the country on a vacation, he has requested that the deadline for filing the status report be extended for 45 days, until

August 23, 2012.

    The undersigned has contacted counsel for respondent, Deputy Attorney General Angelo Sipin Edralin , Jr., and he graciously indicated that he has no objection to the proposed extension. This is petitioner's first request for an extension, and it is not being interposed to cause undue delay, to gain unfair advantage, or for any other improper purpose.

    Accordingly, for the reasons set forth above, Mr. Burgess requests the Court enter the order lodged herewith.

Dated: July 9, 2012

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ David M. Porter*
                                              DAVID M. PORTER
                                              Assistant Federal Defender

                                              Attorneys for Petitioner
                                              CHRISTOPHER DANIEL BURGESS


**O R D E R**

    Pursuant to the unopposed request of petitioner, IT IS HEREBY ORDERED that the status report describing how this case will proceed shall be filed on or before August 23, 2012.

Dated: July 9, 2012

                                              /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE