DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
CHRISTOPHER DANIEL BURGESS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


CHRISTOPHER DANIEL BURGESS,          )
                                     )      No. Civ. S 03-1196 GEB GGH
              Petitioner,            )
                                     )      **UNOPPOSED REQUEST TO EXTEND DEADLINE**
         v.                          )      **FOR FILING STATUS REPORT;**
                                     )      **ORDER**
D.L. RUNNELS, Warden,                )
                                     )
              Respondent.            )
                                     )
_____)

        Pursuant to Local Rule 6-142, petitioner, CHRISTOPHER DANIEL

BURGESS, by and through his counsel, Assistant Federal Defender David M.

Porter, hereby requests a 45-day extension of time to file a status

report.

        On May 25, 2012, the Court is ordered the Federal Defender's Office

to appoint new counsel to represent petitioner and provide a status

report within 45 days describing how the case will proceed.  Because of

delays associated with the fact that the court file had been archived,

the substitution of counsel order appointing Barry Morris as counsel for

petitioner was not filed until July 6, 2012.  Because Mr. Morris will

soon be leaving the country on a vacation, he has requested that the

deadline for filing the status report be extended for 45 days, until

August 23, 2012.

The undersigned has contacted counsel for respondent, Deputy Attorney General Angelo Sipin Edralin , Jr., and he graciously indicated that he has no objection to the proposed extension.  This is petitioner's first request for an extension, and it is not being interposed to cause undue delay, to gain unfair advantage, or for any other improper purpose.

Accordingly, for the reasons set forth above, Mr. Burgess requests the Court enter the order lodged herewith.

Dated:  July 9, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Petitioner
CHRISTOPHER DANIEL BURGESS

**O R D E R**

Pursuant to the unopposed request of petitioner, IT IS HEREBY ORDERED that the status report describing how this case will proceed shall be filed on or before August 23, 2012.

Dated:  July 9, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE