IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DANIEL BURGESS,

    Petitioner,        No. 2:03-cv-1196 GEB GGH P

  vs.

D.L. RUNNELS,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding with appointed counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This habeas matter was stayed pending exhaustion in 2004.  Order, filed on February 5, 2004.  It had been stayed for more than eight years and new counsel was appointed in July 2012, and ordered to file a status report.  The status report was filed and counsel has requested a 60 day extension to attempt to locate the trial transcript of this case and file an amended petition.  Doc. 34.  The request is granted.

        Accordingly, IT IS HEREBY ORDERED that petitioner is granted 60 days to attempt to locate the trial transcript and file an amended petition.

DATED: October 15, 2012

                /s/ Gregory G. Hollows
           UNITED STATES MAGISTRATE JUDGE

GGH: AB - burg1196.ord4

1