IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DANIEL BURGESS,

    Petitioner,               No. 2:03-cv-1196 GEB GGH P

   vs.                       ORDER

D.L. RUNNELS,

    Respondent.

       Petitioner is a state prisoner proceeding with appointed counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter has been stayed pending exhaustion for more than eight years and new counsel was appointed in July 2012. Dkts.14, 31. Petitioner has twice requested and been granted extensions in which to locate the trial transcript and file an amended petition. See Dkts. 33, 35. Having located the transcript, which is apparently 2,600 pages long, petitioner requests an additional 90 days in which to review it and file an amended petition. Dkt. 37. The request will be granted.

       Accordingly, IT IS HEREBY ORDERED that petitioner shall file an amended petition on or before April 8, 2013. No further extensions will be permitted, absent a showing of extraordinary circumstances.

DATED: February 13, 2013

                /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE

ggh9

1