1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER DANIEL BURGESS,                    No.  2:03-cv-1196 GEB GGH P

12                    Petitioner,

13          v.                                        ORDER

14    MARTIN BITER,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding with counsel, filed his amended petition on July 22,

18    2013.  On August 15, 2013, this court set a briefing schedule.  A response was due to be filed by

19    October 14, 2013.  Respondent has not filed a response; however, on October 4, 2013, petitioner

20    filed points and authorities in support of the amended petition, which were not called for by the

21    scheduling order.  Respondent filed a motion to reset the briefing schedule on October 25, 2013

22    which the undersigned has reviewed. Respondent is correct that after giving petitioner numerous

23    extensions in this aged case to file an amended petition, petitioner piecemealed his filings which

24    made it difficult for respondent to file a meaningful answer.

25          The amended petition now on file contains the claims in this case.  No further amendment

26    will be permitted absent *compelling* reasons.

27    /////

28    /////

                                                     1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Respondent's request to reset the briefing schedule in this case, (ECF No. 52), is

3    granted in part;

4    2.  Respondent shall file a response to the amended habeas petition within forty-five days

5    of this order.  No extensions of time will be given absent compelling reasons, due to non-

6    compliance with the court's previous order.  The remainder of August 15, 2013 order remains

7    unchanged.

8    Dated: 10/29/2013

9                                                      /s/ Gregory G. Hollows

10                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14   GGH:076/Burg1196.resp

15

16

17

18

19

20

21

22

23

24

25

26

27

28