BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Petitioner
CHRISTOPHER DANIEL BURGESS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DANIEL BURGESS, | No. 2:03-cv-1196 GEB GGH P |
| Petitioner, | |
| v. | |
| D.L. RUNNELS, | |
| Respondent/ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for petitioner, CHRISTOPHER DANIEL BURGESS, and ANGELO SIPIN EDRALIN, attorney for the D.L. RUNNELS, that the time to file objections to the findings and recommendations of the magistrate-judge be extended fourteen (14) days until December 3, 2014.

This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: November 18, 2014

/s/ Barry Morris
BARRY MORRIS
Attorney for Petitioner
CHRISTOPHER DANIEL BURGESS

/s/ Angelo Sipin Edralin
Attorney for Respondent
D.L. RUNNELS

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the petitioner in the above-entitled action;

2. I received Magistrate-Judge's Findings and Recommendations on or about November 5, 2014. For the past thirty days, I have been preoccupied with completing the Reply Brief in *People v. Adrian Camacho*, a capital case.

3. I need the additional 14 days in order to prepare objections to the findings and recommendations of the magistrate judge.

Dated: November 18, 2014

/s/ Barry Morris
BARRY MORRIS
Attorney for Petitioner
CHRISTOPHER DANIEL BURGESS

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the time to file objections to the findings and recommendations of the magistrate-judge be extended fourteen (14) days until December 3, 2014.

Dated: November 21, 2014        /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Burg1196.eot-objs

2